IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK RINGLAND,<br><br>              Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>              Defendant. | 4:23CV3027<br><br>**MEMORANDUM AND ORDER** |

      The Court previously ordered Plaintiff to pay the $405.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. *See* Filing No. 6. More than 30 days have elapsed, and, to date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action to comply with the Court's Memorandum and Order.

      Plaintiff has filed correspondence, including a document at Filing No. 8 which the Court construes as a motion for clarification. Plaintiff's correspondence includes a letter from the Clerk of the District Court for Douglas County, Nebraska. Filing No. 8 at 2. The Douglas County Clerk of Court refers to documents Plaintiff sent to the Douglas County Court but "say US District court which is not our court." Filing No. 8 at 2. The correspondence from the Douglas County Clerk of Court asks for the Douglas County case number so the Clerk could properly direct Plaintiff's correspondence. Plaintiff's Motion does not include the correspondence he sent to the Douglas County District Court. Accordingly, the Court cannot provide any guidance or clarification.

2

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

2. The Court will enter judgment by a separate document.

3. Plaintiff's correspondence, Filing No. 8, which the Court construes as a motion to clarify, is denied.

Dated this 1st day of July, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge